**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS D. LeBOEUF,                               ) | |
|                                                  ) | |
|                    Petitioner,                   ) | 2: 10-cv-00448 -PMP-LRL |
|                                                  ) | |
| vs.                                              ) | |
|                                                  ) | **ORDER** |
| D. W. NEVEN,                                     ) | |
|                                                  ) | |
|                    Respondents.                  ) | |
| _____/ | |

　　　　Petitioner submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition for writ of habeas corpus submitted in this action was not written on the form required by this court for petitioners proceeding *pro se.*   Therefore on April 5, 2010, the court entered an order striking petitioner's proposed habeas corpus petition.  (Docket #2.)  The court directed the clerk to shall send petitioner the form for filing § 2254 actions in this court, together with instructions for filing this form.  *Id.*   The court granted petitioner forty-five within which to file a revised petition using only the court approved form.  *Id.*   The court expressly warned  petitioner that if he  failed to comply with this directive, this action would be dismissed and closed.

　　　　Petitioner has not filed a revised petition or otherwise responded to this court's order. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.  The clerk is directed to close this action.

DATED:  January 5, 2011.

_____
PHILIP M. PRO
United States District Judge